**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-50611 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00796-ABC |
| v. | |
| RICHARD V. NGUYEN, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Audrey B. Collins, District Judge, Presiding

Submitted May 13, 2014 [**]

Before:    CLIFTON, BEA, and WATFORD, Circuit Judges.

Richard V. Nguyen appeals from the revocation of supervised release and

12-month sentence imposed upon revocation. Pursuant to *Anders v. California*,

386 U.S. 738 (1967), Nguyen's counsel has filed a brief stating that there are no

grounds for relief, along with a motion to withdraw as counsel of record. We have

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

provided Nguyen the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

13-50611